ACCEPTED
03-14-00713-CV
6651570
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/25/2015 7:12:16 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00713-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/25/2015 7:12:16 PM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF
TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants*,

V.

CGG VERITAS SERVICES (U.S.), INC.,
*Appellee*.

On Appeal from the
353rd Judicial District Court of Travis County, Texas

## SECOND UNOPPOSED MOTION TO EXTEND TIME
## TO FILE APPELLANTS' REPLY BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellants Glenn Hegar, Texas Comptroller of Public Accounts, and Ken Paxton, Texas Attorney General, request a one-day extension of time to file their reply brief. A copy of the reply brief is being filed simultaneously with this motion.

## I.

Appellants' reply brief was due on August 24, 2015. The Appellants seek a 1-day extension, creating a new due date of August 25, 2015. One prior extension has been requested and granted for this filing. Appellee does not oppose this motion.

## II.

The reason for the requested extension is that certain individuals in the Comptroller's Office were out of the office yesterday and requested additional time to review the brief before it was filed.

## III.

For these reasons, Appellants respectfully request that the Court grant a one-extension and allow the reply brief to be filed today.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General


  /s/ Joseph D. Hughes
JOSEPH D. HUGHES
Assistant Solicitor General
State Bar No. 24007410

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
[Tel.] (512) 936-1729
[Fax] (512) 474-2697
*jody.hughes@texasattorneygeneral.gov*

COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I spoke by telephone on August 24, 2015, with Amanda Taylor, counsel for Appellee, and she stated that she is not opposed to the one-day extension of time requested.

 /s/ Joseph D. Hughes
Joseph D. Hughes

## CERTIFICATE OF SERVICE

I certify that on August 25, 2015, a true and correct copy of this Second Unopposed Motion to Extend Time to File Appellants' Reply Brief was served via File & ServeXpress upon the following counsel of record:

Amanda G. Taylor
MARTENS TODD LEONARD & TAYLOR
301 Congress Ave., Suite 1950
Austin, Texas 78701

COUNSEL FOR APPELLEE

 /s/ Joseph D. Hughes
Joseph D. Hughes